UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON, CDCR #H-75038, | Case No.: 3:26-cv-1358-JO-JAC |
| Plaintiff, | **ORDER: (1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS BARRED BY 28 U.S.C. § 1915(g) AND** |
| vs. | |
| M. BLAISDELL, J. GAXIOLA, I. SANCHEZ, H.E. MOSELY, | **(2) DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a)** |
| Defendants. | |

Plaintiff Juan Calderon, a state prisoner proceeding pro se, has filed this civil rights action pursuant to 42 U.S.C. § 1983, along with a motion to proceed *in forma pauperis* ("IFP"). *See* Dkts. 1, 2. A prisoner with three or more "strikes," *i.e.*, prior civil cases or appeals dismissed as frivolous, malicious, or for failing to state a claim, "cannot proceed IFP" absent a plausible allegation of "imminent danger of serious physical injury" at the time of filing. *Andrews. v. King*, 398 F.3d 1113, 1116 n.1 (9th Cir. 2005) (quoting 28 U.S.C. § 1915(g)); *see also Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).

Here, Calderon's many prior strikes disqualify him from proceeding IFP unless he can plead that he is in imminent danger. *See Calderon v. CDCR Directors*, *et al.*, Case No.

1

26-cv-1368-AJB-DEB, 2026 WL 1215036, at *2 (S.D. Cal. May 4, 2026) (taking judicial notice of Calderon's numerous prior strikes disqualifying him from proceeding IFP). Calderon pleads that he now has a tumor growing inside him—long undetected because he has been denied a colonoscopy for more than twenty years—but he does not provide any facts regarding whether this tumor is dangerous or benign nor whether it presents an imminent risk to his health.  Dkt. 1 at 4; *see Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003) (an inmate must provide "specific fact allegations of ongoing serious physical injury, or of a pattern of misconduct evidencing the likelihood of imminent serious physical injury").  Because these general allegations of possible medical harm do not suffice to show he faces an imminent danger of serious physical harm, he may not proceed IFP.  *See Cervantes*, 493 F.3d at 1057, fn. 11.

Accordingly, the Court DENIES Plaintiff's IFP Motion [Dkt. 2] pursuant to 28 U.S.C. § 1915(g) and DISMISSES this civil action for failure to pay the filing fee required by 28 U.S.C. §1914(a).  The Court DIRECTS the Clerk of the Court to close the case.

**IT IS SO ORDERED**.

Dated: June 30, 2026

Hon. Jinsook Ohta

United States District Judge

2

3:26-cv-1358-JO-JAC